UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANIE RILEY, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>AMERICAS COLLECTIBLES NETWORK, INC.,<br><br>Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/19/2024<br><br>24-cv-3654 (MKV)<br><br>ORDER OF DISMISSAL |

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter, filed by Defendant, stating that the parties have reached a settlement in principle [ECF No. 16].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by September 19, 2024.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  August 19, 2024**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1